UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br>　　　　Plaintiff,<br>　　v.<br>LOMU, et al.,<br>　　　　Defendants. | Case No. 18-04047 BLF (PR)<br>**ORDER VACATING HEARINGS ON SUMMARY JUDGMENT MOTION** |

Plaintiff, a California inmate, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, against employees at the Maguire Correctional Facility in San Mateo County. The Court found the amended complaint, (Docket No. 15), stated cognizable claims for deliberate indifference to serious medical needs, and ordered the matter served on Defendants. (Docket No. 22.) Defendants filed a motion for summary judgment on December 31, 2019, and have set if for a hearing on February 6, 2020, (Docket No. 22), and then an amended notice of motion and motion for summary judgment with a hearing set for April 16, 2020, (Docket No. 48).

The Court stated in its Order of Service that Defendants' summary judgment motion "shall be deemed submitted as of the date the reply brief is due," and that "No hearing will

1

be held on the motion unless the Court so orders at a later date." (Docket No. 13 at 4.) Accordingly, the hearings set for February 6, 2020, and April 16, 2020, are hereby **VACATED**.

Plaintiff's opposition to Defendants' summary judgment motion is currently due no later than January 28, 2020, and Defendants' reply is due no later than fourteen days after Plaintiff's opposition is filed. The matter shall be deemed submitted as of the date the reply is due without oral argument.

**IT IS SO ORDERED.**

Dated: January 23, 2020

BETH LABSON FREEMAN
United States District Judge

Order Vacating Hearing
PRO-SE\BLF\CR.18\04047Saddozai_vacate.hearing

2