UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>    Plaintiff,<br><br>    v.<br><br>LOMU, et al.,<br><br>    Defendants. | Case No. 18-04047 BLF (PR)<br><br>**JUDGMENT** |

    The Court has dismissed all claims against Defendants and granted their motion for summary judgment. Judgment is entered in favor of Defendants.

    **IT IS SO ORDERED.**

**Dated: _August 21, 2020_____**

                                                 BETH LABSON FREEMAN
                                                 United States District Judge

Judgment
PRO-SE\BLF\CR.18\04047Saddozai_judgment